UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. JOHANNES MARKUS SIEBER and MINA MARGARETA SIEBER SCHNEITER | * | CIVIL ACTION |
| | * | NO: 2:17-cv-13024 |
| VERSUS | | |
| | * | JUDGE FALLON |
| DELTA AIR LINES, INC., DELTA FLIGHT AGENT KATERINE WEEMS, DELTA HEAD FLIGHT AGENT JANE DOE, THE JEFFERSON PARISH SHERIFF JOSEPH P. LOPINTO, III, SHERIFF'S DEPUTY JESSE STEER AND SHERIFF'S DEPUTY HARRIS | * | MAG. JUDGE ROBY |
| | * | |
| | * | |

\* \* \* \* \* \* \* \*

## **DELTA AIR LINES, INC.'S MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS**

Defendant, Delta Air Lines, Inc. ("Delta"), respectfully moves this Honorable Court for an Order compelling the depositions of Plaintiffs, Dr. Johannes Markus Sieber and Mina Margareta Sieber Schneiter (collectively "Plaintiffs"). As set forth in the Memorandum in Support filed contemporaneously herewith, over the past two months, Plaintiffs' counsel has ignored Delta's multiple attempts to schedule the Plaintiffs' depositions in this case. Additionally, earlier this week, Plaintiffs' counsel advised Delta that Plaintiffs are now refusing appear in New Orleans for their depositions because Mrs. Sieber allegedly has a medical condition that precludes her from flying on an airplane. As discussed in the Memorandum in Support, the facts and circumstances surrounding this discovery dispute raise serious questions regarding the legitimacy of Mrs. Sieber's medical condition that supposedly precludes her from flying. Moreover, even if Mrs. Sieber is medically unfit to fly to New Orleans, there is no reason for Dr. Sieber's refusal to submit to a deposition in his chosen forum.

Accordingly, Delta requests that the Court issue an Order compelling **Dr. Sieber** to appear for a deposition in New Orleans on a date to be determined by the Court. Delta further requests that the Court issue an order compelling **Mrs. Sieber** to produce to defendants and the Court within the next seven (7) days: (i) a complete and certified copy of all medical records from the past five (5) years reflecting her treatment with the specific doctor(s) that supposedly told her she is medically unfit to fly on an airplane, (ii) a sworn declaration or affidavit signed by said doctor stating with particularity the specific medical condition that precludes her from traveling on an airplane and the date on which that condition was first diagnosed, (iii) a copy of the medical degree and medical license of said doctor(s), and (iv) a list of every flight she has taken between the November 21, 2016 incident in this case and the present.

WHEREFORE, Delta prays that this Motion to Compel Plaintiffs' Depositions be granted and that the Court issue the Order(s) requested hereinabove.

Respectfully submitted,

*/s/ Bradley J. Schwab*
KENNETH H. LABORDE (No. 8067)
BRADLEY J. SCHWAB (No. 35312)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
Email:  klaborde@glllaw.com
             bschwab@glllaw.com
ATTORNEYS FOR DELTA AIR LINES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case filing system on April 12, 2019.

                                          */s/ Bradley J. Schwab*
                                          BRADLEY J. SCHWAB